**IT IS ORDERED as set forth below:**

**Date: October 28, 2024**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| RA CUSTOM DESIGN, INC., | SUBCHAPTER V |
| Debtor. | CASE NO. 23-58494-SMS |
| RA CUSTOM DESIGN, INC., | |
| Movant, | |
| v. | CONTESTED MATTER |
| MARY SEATS, | |
| Respondent. | |

### ORDER

Before the Court are Debtor's (a) *Motion to Reject Purchase and Sale Agreement for Residential Real Property Located at 1410 Lavista Road NE, Atlanta, Georgia 30324* (the "Motion to Reject," Doc. 113) and (b) *Motion to Estimate Claim or Right to Payment of Mary Seats* (the

"Motion to Estimate Claim," Doc. 127) (collectively the "Motions"). Debtor filed the Motions on July 2, 2024, and September 18, 2024, respectively. The Motions ask the court to determine (a) whether Debtor is authorized to reject the contract pursuant to Section 365(a) of the Bankruptcy Code and (b) if so, the estimated amount of Ms. Seats' claims for purposes of voting on the Plan[1].

On October 1, 2024, held an evidentiary hearing (the "Hearing"), allowing parties to present their evidence and arguments. The Court then took the matter under advisement and set a hearing to give its ruling on October 24, 2024 (the "Continued Hearing").

For the reasons set forth on record of the October 24, 2024, Continued Hearing, it is

**ORDERED** that Debtor's Motion to Reject is **GRANTED**; Further, it is

**ORDERED** that the estimated amount of Ms. Seats' claims is a secured claim of $700,000.00 pursuant to 11 U.S.C. § 365(j), plus an unsecured claim for attorneys' fees in an amount to be determined; Further, it is

**ORDERED** that Ms. Seats' counsel shall file an affidavit of fees within ten (10) days of the entry of this Order and Debtor shall file any objections within ten (10) days thereafter.

The Clerk of Court shall serve a copy of this Order on Debtor and the Chapter 11 Trustee and all parties on the mailing matrix.

**END OF DOCUMENT**

---

[1] *Amended Chapter 11 Small Business Subchapter V Plan filed by Cameron M. McCord on behalf of RA Custom Design, Inc.* (Doc. 112)